# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>Lorrie-Ann D. Thorne,<br>　　　　Debtor | CHAPTER 13<br><br>CASE NO.: 15-18110-sr |
| Bank of America, N.A., its assignees and/or successors in interest,<br>　　　　Movant<br><br>vs.<br><br>Lorrie-Ann D. Thorne,<br>　　　　Respondent<br>Frederick L. Reigle,<br>　　　　Trustee | **HEARING DATE:**<br>Wednesday, July 26, 2017<br>10:00 a.m.<br><br>**LOCATION:**<br>U.S. Bankruptcy Court<br>Robert N.C. Nix Federal Courthouse<br>Courtroom No 4<br>900 Market Street<br>Philadelphia, PA 19107 |

## ORDER

　　AND NOW, this 27th day of July, 2017, upon consideration of the Motion for relief from the Automatic Stay filed on behalf of Bank of America, N.A., it is hereby ORDERED, ADJUDGED and DECREED that the Motion is granted and the automatic stay is terminated as it affects the interests of Movant, in the real property and improvements thereon commonly known as **6717 Haverford Dr., Philadelphia, Pennsylvania 19151**.

　　It is further ORDERED, ADJUDGED and DECREED that this grant of relief from stay shall remain in full force and effect, notwithstanding any subsequent conversion of this case to another chapter

　　It is further ORDERED, ADJUDGED and DECREED that the stay of the Order as provided under Rule 4001 (a)(3), F.R.B.P., is hereby waived.

It is further ORDERED, ADJUDGED AND DECREED that, in addition to foreclosure, this Relief Order permits activity necessary to obtain possession of said collateral; therefore, All communications sent by Movant in connection with proceeding against the property including, but not limited to, notices required by state law and communications to offer and provide information with regard to a potential Forbearance Agreement, Loan Modification, Refinance Agreement, Loss Mitigation Agreement, or other Loan Workout, may be sent directly to Debtor.

Stephen Raslavich
BANKRUPTCY JUDGE

Please send copies to:

Lorrie-Ann D. Thorne
6717 Haverford Ave
Philadelphia, PA 19151
Debtor

Frederick L. Reigle, Trustee
2901 St. Lawrence Ave.
P.O. Box 4010
Reading, PA 19606
Chapter 13 Trustee

Michael A. Cataldo, Esq.,
Cibik & Cataldo, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102
Attorney for Debtor

Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

Jason Brett Schwartz, Esq.
Mester & Schwartz, P.C.
1333 Race Street
Philadelphia, PA 19106