United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Lorrie-Ann D. Thorne  
    Debtor

Case No. 15-18110-sr  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Antoinett     Page 1 of 1     Date Rcvd: Jul 27, 2017  
                    Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2017.  
db            +Lorrie-Ann D. Thorne,    6717 Haverford Ave,    Philadelphia, PA 19151-3624

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2017                                         Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 27, 2017 at the address(es) listed below:  
       ANDREW F GORNALL    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@kmllawgroup.com, bkgroup@kmllawgroup.com  
       FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com  
       JASON BRETT SCHWARTZ    on behalf of Creditor    Bank of America, N.A. jschwartz@mesterschwartz.com, jottinger@mesterschwartz.com  
       JOSHUA ISAAC GOLDMAN    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
       MICHAEL A. CATALDO2    on behalf of Debtor Lorrie-Ann D. Thorne ecf@ccpclaw.com, igotnotices@ccpclaw.com  
       MICHAEL A. CIBIK2    on behalf of Debtor Lorrie-Ann D. Thorne ecf@ccpclaw.com, igotnotices@ccpclaw.com  
       POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
       THOMAS I. PULEO    on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

                                                                  TOTAL: 9

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>Lorrie-Ann D. Thorne,<br>　　　　Debtor | CHAPTER 13<br><br>CASE NO.: 15-18110-sr |
| Bank of America, N.A., its assignees and/or successors in interest,<br>　　　　Movant<br><br>vs.<br><br>Lorrie-Ann D. Thorne,<br>　　　　Respondent<br>Frederick L. Reigle,<br>　　　　Trustee | **HEARING DATE:**<br>Wednesday, July 26, 2017<br>10:00 a.m.<br><br>**LOCATION:**<br>U.S. Bankruptcy Court<br>Robert N.C. Nix Federal Courthouse<br>Courtroom No 4<br>900 Market Street<br>Philadelphia, PA 19107 |

## ORDER

AND NOW, this 27th day of July, 2017, upon consideration of the Motion for relief from the Automatic Stay filed on behalf of Bank of America, N.A., it is hereby ORDERED, ADJUDGED and DECREED that the Motion is granted and the automatic stay is terminated as it affects the interests of Movant, in the real property and improvements thereon commonly known as **6717 Haverford Dr., Philadelphia, Pennsylvania 19151**.

It is further ORDERED, ADJUDGED and DECREED that this grant of relief from stay shall remain in full force and effect, notwithstanding any subsequent conversion of this case to another chapter

It is further ORDERED, ADJUDGED and DECREED that the stay of the Order as provided under Rule 4001 (a)(3), F.R.B.P., is hereby waived.

1

It is further ORDERED, ADJUDGED AND DECREED that, in addition to foreclosure, this Relief Order permits activity necessary to obtain possession of said collateral; therefore, All communications sent by Movant in connection with proceeding against the property including, but not limited to, notices required by state law and communications to offer and provide information with regard to a potential Forbearance Agreement, Loan Modification, Refinance Agreement, Loss Mitigation Agreement, or other Loan Workout, may be sent directly to Debtor.

Stephen Raslavich
BANKRUPTCY JUDGE

Please send copies to:

Lorrie-Ann D. Thorne
6717 Haverford Ave
Philadelphia, PA 19151
Debtor

Frederick L. Reigle, Trustee
2901 St. Lawrence Ave.
P.O. Box 4010
Reading, PA 19606
Chapter 13 Trustee

Michael A. Cataldo, Esq.,
Cibik & Cataldo, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102
Attorney for Debtor

Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

Jason Brett Schwartz, Esq.
Mester & Schwartz, P.C.
1333 Race Street
Philadelphia, PA 19106