United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 15-18110-jkf
Lorrie-Ann D. Thorne                                                      Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: JEGilmore           Page 1 of 2           Date Rcvd: Dec 07, 2017
                              Form ID: pdf900           Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 09, 2017.
db         +Lorrie-Ann D. Thorne,   6717 Haverford Ave,   Philadelphia, PA 19151-3624
cr         +Bank of America, N.A.,   c/o Prober & Raphael, A Law Corporation,
             20750 Ventura Boulevard, Suite 100,   Woodland Hills, CA 91364-6207
cr         +Carrington Mortgage Services, LLC (servicing right,   1600 South Douglass Road,
             Anaheim,, CA 92806-5948
13634189    BANK OF AMERICA,   PO BOX 941852,   SIMI VALLEY CA 93094-1852
13726338    BANK OF AMERICA, N.A.,   P.O. Box 31785,   Tampa FL 33631-3785
13634190   +Bank of America,   Attn: Correspondence Unit/CA6-919-02-41,   PO Box 5170,
             Simi Valley, CA 93062-5170
13634191   +Capital One,   Attn: Bankruptcy,   PO Box 30285,   Salt Lake City, UT 84130-0285
13763390   +Carrington Mortgage Services, LLC,   1600 South Douglass Road,   Anaheim, CA 92806-5951
13634196   +Equifax,   P.O. Box 740241,   Atlanta, GA 30374-0241
13634197   +Experian,   Profile Maintenance,   P.O. Box 9558,   Allen, Texas 75013-9558
13634199    PA Dept. of Revenue,   Bankruptcy Division,   Bureau of Compliance,   P.O. Box 280946,
             Harrisburg, PA 17120-0946
13636599   +Philadelphia Gas Works,   800 W Montgomery Ave,   Phila Pa 19122-2898,
             Attn: Bankruptcy Dept 3F
13634201   +Trans Union Corporation,   Public Records Department,   555 West Adams Street,
             Chicago, IL 60661-3631
13634202   +Univ. of PA Hospital,   P.O. Box 7777-W9615,   Philadelphia, PA 19175-0001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         E-mail/Text: bankruptcy@phila.gov Dec 08 2017 01:23:00     City of Philadelphia,
             City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 08 2017 01:22:34
             Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 08 2017 01:22:55     U.S. Attorney Office,
             c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
13634194    E-mail/Text: bankruptcy@phila.gov Dec 08 2017 01:22:59     City Of Philadelphia,
             Major Tax Unit/Bankruptcy Dept.,   1401 JFK Blvd, Room 580,   Philadelphia, PA 19102
13634195    E-mail/Text: bankruptcy@phila.gov Dec 08 2017 01:23:00     City of Philadelphia,
             Bankruptcy Unit,   15th Floor,   1515 Arch Street,   Philadelphai, PA 19102
13634192   +E-mail/Text: ecf@ccpclaw.com Dec 08 2017 01:22:19     Cibik and Cataldo, P.C.,
             1500 Walnut St., Suite 900,   Philadelphia, PA 19102-3518
13634198    E-mail/Text: cio.bncmail@irs.gov Dec 08 2017 01:22:23     I.R.S.,   P.O. Box 7346,
             Philadelphia, PA 19101-7346
                                                                                              TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13634193*     +Cibik and Cataldo, P.C.,   1500 Walnut Street,   Suite 900,   Philadelphia, PA 19102-3518
13634200    ##+Stellar Recovery Inc,   4500 Salisbury Rd Ste 10,   Jacksonville, FL 32216-8035
                                                                                 TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-2          User: JEGilmore            Page 2 of 2                   Date Rcvd: Dec 07, 2017
                              Form ID: pdf900            Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 7, 2017 at the address(es) listed below:

```
              ANDREW F GORNALL    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
              JASON BRETT SCHWARTZ    on behalf of Creditor    Bank of America, N.A. jschwartz@mesterschwartz.com,
               jottinger@mesterschwartz.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              MICHAEL A. CATALDO2    on behalf of Debtor Lorrie-Ann D. Thorne ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CIBIK2    on behalf of Debtor Lorrie-Ann D. Thorne ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              THOMAS I. PULEO    on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 9
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :

LORRIE-ANN D. THORNE
                                                    : Bankruptcy No. 15-18110JKF
        Debtor(s)                                   : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

*Jean K. FitzSimon*

**Date: December 7, 2017**

Jean K. FitzSimon, B. J.

Interested parties:

Polly A. Langdon, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

CIBIK & CATALDO PC
% MICHAEL A CIBIK ESQ
1500 WALNUT STREET STE 900
PHILADELPHIA PA 19102-

LORRIE-ANN D. THORNE
6717 HAVERFORD AVE
PHILADELPHIA,PA.19151